IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BRIAN MOORE, as Personal
Representative on behalf of the Estate
of Bernard P. Rice, deceased,

    Plaintiff,

vs.                                    CASE NO.  5:08cv343/RS/MD

NORTH AMERICA SPORTS, INC., et al.,

    Defendants.

-----------------------------------------------/

## Order

Before me are Plaintiff's Motion for Leave to Add Rebuttal Expert Witness (Doc. 64); Plaintiff's Motion to Strike or Limit Evidence from Defense Expert Michael Lee Dupuis, MD and Memorandum of Law in Support Thereof and/or in the Alternative Supplement in Support of Plaintiff's Motion for Leave to Add Rebuttal Expert (Doc. 73); and Plaintiff's Motion for Leave to File Reply to Defendants' Response to Plaintiff's Motion to Strike or Limit Evidence from Defense Expert Michael Lee Dupuis, MD and/or Motion for Leave to Add Rebuttal Expert (Doc. 105).

Rule 702, Federal Rules of Evidence, provides:

If scientific, technical, or other specialized knowledge will assist the trier of fact to understand the evidence or to determine a fact in issue, a witness qualified as an expert by knowledge, skill, experience, training, or education, may testify thereto in the form of an opinion or otherwise, if (1) the testimony is based upon sufficient facts or data, (2) the testimony is the product of reliable principles and methods, and (3) the witness has applied the principles and methods reliably to the facts of the case.

After review of the documents filed, Dr. Michael Lee Dupuis's curriculum vitae, and his report, I find that he meets the requirements to testify as an expert in this case. Plaintiff's arguments go to the weight of Dr. Dupuis' opinion and not its admissibility.

Plaintiff requests leave to add Dr. Bruce Charash as a rebuttal witness. Plaintiff's complaint alleged that Defendants failed to conduct the swim competition safely. When Defendants disclosed their experts on April 21, 2009, the physiological cause of the decedent's death was first raised in the case by the Defendants. On May 15, 2009, Plaintiff timely requested leave to add a rebuttal witness. I find that there is good cause for Plaintiff to add Dr. Bruce Charash as a rebuttal witness.

**IT IS ORDERED:**

1. Plaintiff's Motion for Leave to Add Rebuttal Expert Witness (Doc. 64) is **GRANTED**.

2. Plaintiff's Motion to Strike or Limit Evidence from Defense Expert Michael Lee Dupuis, MD and Memorandum of Law in Support Thereof and/or in the Alternative Supplement in Support of Plaintiff's Motion for Leave to Add Rebuttal Expert (Doc. 73) is **DENIED**.

3. Plaintiff's Motion for Leave to File Reply to Defendants' Response to Plaintiff's Motion to Strike or Limit Evidence from Defense Expert Michael Lee Dupuis, MD and/or Motion for Leave to Add Rebuttal Expert (Doc. 105) is **GRANTED**.

**ORDERED** on June 11, 2009.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**