## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

**BRIAN MOORE, as Personal
Representative on behalf of the Estate
of Bernard P. Rice, deceased,**

     **Plaintiff,**

**vs.**                                         **CASE NO.  5:08cv343/RS/MD**

**NORTH AMERICA SPORTS, INC.,
a foreign corporation, and USA
TRIATHLON, a foreign corporation,**

     **Defendants.**

-------------------------------------------------/

## VERDICT FORM

**Do you find from a preponderance of the evidence:**

1.     Was there negligence on the part of North America Sports, Inc. which

    was a legal cause of the death of Bernard P. Rice?

        Answer Yes or No     _NO_

2.     Was there negligence on the part of USA Triathlon which was a legal

    cause of the death of Bernard P. Rice?

        Answer Yes or No     _NO_

**NOTE**: If you answered "YES" to Question #1 or Question #2, please continue.  If
you answered "NO" to both Question #1 and Question #2, then your deliberations
are complete. Have the foreperson sign and date the last page.

v.6

**Do you find from a preponderance of the evidence:**

3.     That the decedent, Bernard P. Rice, agreed to Defendants' waiver by

signing and/or initialing it in all places required by that waiver?

Answer Yes or No          _____

**NOTE**: If you answered "NO" to Question #3, please continue.  If you answered "YES" to Question #3, then your deliberations are complete. Have the foreperson sign and date the last page.

4.     That decedent, Bernard P. Rice, knew of the existence of the danger

complained of; realized and appreciated the possibility of injury as a

result of such danger; and, having a reasonable opportunity to avoid it,

voluntarily and deliberately exposed himself to the danger complained

of?

Answer Yes or No          _____

**NOTE**: If you answered "NO" to Question #4, skip to Question #6.  If you answered "YES" to Question #4, please continue.

5.     State the percentage of any negligence, which was a legal cause of the

death of Bernard P. Rice that you charge to:

North America Sports          _____ %

USA Triathlon          _____ %

Bernard P. Rice          _____ %

Total Must be 100%

**Do you find from a preponderance of the evidence:**

6. What is the amount of any medical expenses resulting from Bernard

   P. Rice's injury and death charged to the estate?

   $ _____


7. What is the amount of any loss by Michelle Rice of the decedent's

   support and services, reduced to present value?

   $ _____


8. What is the amount of any damages sustained by Michelle Rice due to

   the loss of her husband's companionship and protection, and her

   mental pain and suffering as a result of the decedent's injury and

   death?

   $ _____


9. What is the amount of any loss by Atlas Rice of the decedent's

   support and services, from the date of injury to his twenty-fifth

   birthday, reduced to present value?

   $ _____

**Do you find from a preponderance of the evidence:**

10.  What is the amount of any damages sustained by Atlas Rice due to the loss of parental companionship, instruction and guidance, and in the child's pain and suffering as a result of the decedent's injury and death?

$ _____

11.  What is the amount of any loss by Asher Rice of the decedent's support and services, from the date of injury to his twenty-fifth birthday, reduced to present value?

$ _____

12.  What is the amount of any damages sustained by Asher Rice due to the loss of parental companionship, instruction and guidance, and in the child's pain and suffering as a result of the decedent's injury and death?

$ _____

SO SAY WE ALL on this  10  day of July, 2009.



REDACTED

Foreperson's Signature