IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BRIAN MOORE, as Personal
Representative of and on behalf of the
Estate of BERNARD P. RICE, deceased.

    Plaintiff,

vs.                                    CASE NO. 5:08-cv-00343-RS/MD

NORTH AMERICA SPORTS, INC., a foreign
corporation, d/b/a World Triathlon Corporation,
also d/b/a Ironman Triathlon, also d/b/a Ford
Ironman Florida, and f/k/a Ironman North
America, and WORLD TRIATHLON
CORPORATION, a Florida corporation, d/b/a
Ironman Triathlon, also known as, Ford Ironman
Florida, and USA TRIATHLON, a foreign corporation,
Any Other Entity Whose Acts or
Omissions Caused or Contributed to the death
of Bernard P. Rice,

    Defendants.
_____/

## ORDER

The relief requested by Plaintiff's Motion for Extension of Time to File Response/Reply (Doc. 313) is **granted.** Plaintiff shall file his response to Defendant's motion to compel discovery not later than October 8, 2010.

**ORDERED** on October 1, 2010.

                                      **/S/ Richard Smoak**
                                      **RICHARD SMOAK**
                                      **UNITED STATES DISTRICT JUDGE**