IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BRIAN MOORE, as Personal
Representative of and on behalf of the
Estate of BERNARD P. RICE, deceased.

    Plaintiff,

vs.                                                       CASE NO. 5:08-cv-00343-RS/MD

NORTH AMERICA SPORTS, INC., a foreign
corporation, d/b/a World Triathlon Corporation,
also d/b/a Ironman Triathlon, also d/b/a Ford
Ironman Florida, and f/k/a Ironman North
America, and WORLD TRIATHLON
CORPORATION, a Florida corporation, d/b/a
Ironman Triathlon, also known as, Ford Ironman
Florida, and USA TRIATHLON, a foreign corporation,
Any Other Entity Whose Acts or
Omissions Caused or Contributed to the death
of Bernard P. Rice,

    Defendants.
_____/

## **ORDER**

      Before me is Plaintiff's response in opposition to Defendant's motion to compel (Doc. 315). Defendant shall respond to Plaintiff's response not later than October 21, 2010, and address whether the motion to compel has been rendered moot by the discovery Plaintiff has provided.

      **ORDERED** on October 14, 2010.

                                             <u>/s/ Richard Smoak</u>
                                             **RICHARD SMOAK**
                                             **UNITED STATES DISTRICT JUDGE**