IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BRIAN MOORE, as Personal Representative
of the Estate of Bernard P. Rice, Deceased,

    Plaintiff,

vs.         CASE NO. 5:08cv343/RS-MD

NORTH AMERICA SPORTS, INC., a foreign
corporation d/b/a WORLD TRIATHLON
CORPORATION d/b/a IRONMAN TRIATHLON
d/b/a FORD IRONMAN FLORIDA d/b/a
IRONMAN NORTH AMERICA; USA TRIATHLON,
a foreign company; WORLD TRIATHLON
CORPORATION, a Florida corporation, d/b/a
IRONMAN TRIATHLON a/k/a FORD IRONMAN
FLORIDA,

    Defendants.
_____/

## **ORDER**

The Order (Doc. 318) directed Defendant to "...address whether the motion to compel has been rendered moot by the discovery Plaintiff has provided." Defendants' Reply to Plaintiff's Response (Doc. 319) requests that the court "(1) Reserve jurisdiction over Defendants' Motion to Compel so Defendants may address any deficiency in Plaintiff's response to Defendants' Request for Production;" To properly comply with the Order (Doc. 318), Defendants should have identified any deficiencies in their Reply (Doc. 319).

**IT IS ORDERED** that Defendants shall identify with specificity any deficiency in Plaintiff's Response to Defendants' Request For Production not later than October 29, 2010.

**ORDERED** on October 25, 2010.

    /S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**