IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BRIAN MOORE, as Personal Representative
of the Estate of Bernard P. Rice, Deceased,

    Plaintiff,

vs.    CASE NO. 5:08cv343/RS-MD

NORTH AMERICA SPORTS, INC., a foreign
corporation d/b/a WORLD TRIATHLON
CORPORATION d/b/a IRONMAN TRIATHLON
d/b/a FORD IRONMAN FLORIDA d/b/a
IRONMAN NORTH AMERICA; USA TRIATHLON,
a foreign company; WORLD TRIATHLON
CORPORATION, a Florida corporation, d/b/a
IRONMAN TRIATHLON a/k/a FORD IRONMAN
FLORIDA,

    Defendants.
_____/

## ORDER

Defendant's Motion To Compel Discovery In Aid Of Execution (Doc. 310) is denied as moot.

Defendant's Motion For Sanctions (Doc. 310) is **denied**.

**ORDERED** on November 4, 2010.

        /S/ Richard Smoak
        **RICHARD SMOAK**
        **UNITED STATES DISTRICT JUDGE**