**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

BRIAN MOORE, as Personal Representative
of the Estate of Bernard P. Rice, Deceased,

       Plaintiff,

vs.                                           CASE NO. 5:08cv343/RS-MD

NORTH AMERICA SPORTS, INC., a foreign
corporation d/b/a WORLD TRIATHLON
CORPORATION d/b/a IRONMAN TRIATHLON
d/b/a FORD IRONMAN FLORIDA d/b/a
IRONMAN NORTH AMERICA; and USA TRIATHLON,
a foreign company;

       Defendants.
_____/

## ORDER

    Before me is the Order of Remand (Doc. 333) of the U.S. Court of Appeals for the

Eleventh Circuit. Plaintiff and Defendants are directed to comply with the requirements of

N.D. Fla. Loc. R. 54.1(E).

    **ORDERED** on January 24, 2011.


                                          /S/ Richard Smoak
                                          **RICHARD SMOAK**
                                          **UNITED STATES DISTRICT JUDGE**