## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

BRIAN MOORE, as Personal Representative
of the Estate of Bernard P. Rice, Deceased,

       Plaintiff,

vs.                                                      CASE NO. 5:08cv343/RS-MD

NORTH AMERICA SPORTS, INC., a foreign
corporation d/b/a WORLD TRIATHLON
CORPORATION d/b/a IRONMAN TRIATHLON
d/b/a FORD IRONMAN FLORIDA d/b/a
IRONMAN NORTH AMERICA; and USA TRIATHLON,
a foreign company;

       Defendants.
_____/

## ORDER

Before me is the Eleventh Circuit's Order of Remand For Determination Of The Reasonable Amount Of Appellate Attorney's Fees To Be Awarded Defendants (Doc. 333), Defendants' Memorandum Of Law In Support Of Amount Of Attorneys' Fees Claimed For Defense Against Appeal (Doc. 335), and Plaintiff's Response (Doc. 337).

Plaintiff has made only a general, non-specific objection to any attorneys' fees incurred by Defendants, which were not related to the appeal.  Plaintiff fails to identify any dates, specific services, or the amount of services, which he contends should be excluded.  Therefore, I find that $58,912.00 is a reasonable fee to be awarded to Defendants' attorney for their services in Plaintiff's appeal with the Eleventh Circuit.

**ORDERED** on May 12, 2011.

                                        /S/ Richard Smoak_____
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**